Order Filed on May 6, 2025
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Jenèe K. Ciccarelli, Esq. (JC/0693)
Ciccarelli Law, PC
239 New Rd. Bld A, Suite 301
Parsippany, New Jersey 07054
Phone: 973-737-9060
Fax: 973-619-0023
jenee@bankruptcy-lawnj.com

In Re:

Michael Rosado,

Debtor(s)

Case No. 24-20510

Chapter: 13

Hearing Date: May 6, 2025 @ 2:30 p.m.

Judge: Hon. Stacey L. Meisel

**ORDER GRANTING PRE-CONFIRMATION CHAPTER 13 FEES**
**10/24/24 thru 3/25/25**

The relief set forth on the following pages numbered two (2) through (2) is hereby ORDERED.

**DATED: May 6, 2025**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

---

The applicant, Jenee Ciccarelli, Esq., having certified that legal work for Chapter 13 services has been rendered and no objections having been raised:

**IT IS HEREBY,**

**ORDERED,** that Jenee Ciccarelli, Esq., is allowed a fee of $4,239.00 for services and $407.25 for disbursements for a total of $4,646.25 less retainer previously received of $500.00 leaving a balance due of $4,146.25 . The allowance shall be payable to Ciccarelli Law, PC :

______X______ through the Chapter 13 plan as an administrative priority.

____________ outside the Chapter 13 plan.

**ORDERED**, that Debtor's Plan payment shall remain the same; and it is further,

**ORDERED**, that should this case terminate due to dismissal, or for any reason other than conversion, Marie-Ann Greenberg, Esq., Chapter 13 Trustee, shall pay this amount to the Movant before releasing any monies to the Debtor.